827 A.2d 286

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. KEVIN MCCRAY, DEFENDANT–PETITIONER.

June 6, 2003.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court to permit defense counsel to supplement the petition for post-conviction relief with appropriate certifications and related documents. On submission of the supplemental materials and the State's response thereto, the trial court shall reconsider the issue of whether defendant is entitled to an evidentiary hearing on his petition.

Jurisdiction is not retained.